G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
JUDITH BROOKS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH BROOKS,<br><br>    Plaintiff,<br><br>vs.<br>PORTFOLIO RECOVERY ASSOCIATION, LLC; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: CV-11-1336<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JUDITH BROOKS (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: June 07, 2011  **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 15760 Ventura Boulevard, Suite 1100, Encino, California 91436.

On JUNE, 7TH 2011, I served the foregoing document described as **VOLUNTARY DISMISSAL,** to the following individuals:

| | |
|---|---|
| ADRIENNE C, ROWBERRY<br>PORTFOLIO RECOVERY ASSOCIATION<br>140 CORPORATE BLVD<br>NORFOLK, VIRGINIA 23502 | DEFENDANT |
| Magistrate Judge Edward M. Chen<br>San Francisco Courthouse,<br>Courtroom C - 15th Floor<br>450 Golden Gate Avenue, San Francisco, CA 94102 | Courtesy Copy |

[x]   (By Mail): I placed the envelope(s) for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal service, in a sealed envelope(s) with postage fully prepaid.

[ ]   Via facsimile to those indicated by an Asterisk (*)

Executed on JUNE 7, 2011, at Encino, California.

[x]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ signature*

SAEED ZANDIEH

-1-